IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ROYBAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF HOLLISTER, et al.,<br><br>　　　　Defendants | No. C-11-2698 MMC<br><br>**ORDER DIRECTING CLERK TO TRANSFER MATTER TO SAN JOSE DIVISION** |

　　In the instant action, plaintiff alleges that, during the course of a search of her residence in San Juan Bautista, California, she was deprived of her civil rights, in violation of 42 U.S.C. § 1983. San Juan Bautista is located in San Benito County.

　　Because a "substantial part of the events or omissions which give rise to the claim" occurred in San Benito County, and, indeed, all of the alleged events or omissions which give rise to the claim occurred in San Benito County, see Civil L.R. 3-2(c), the Clerk is hereby directed to transfer the action to the San Jose Division, see Civil L.R. 3-2(e), Civil L.R. 3-2(h).

　　**IT IS SO ORDERED.**

Dated: July 19, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge