**IT IS SO ORDERED**
Judge Edward J. Davila
10/7/2011

Vincent P. Hurley #111215
Amanda Cohen #243946
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants City of Hollister; Hollister Police Dept.;
Sgt. Jorge Ramirez; Det. Pershall; Ofc. Carlos Rodriguez;
Ofc. Rudy Rodriguez; Ofc. Morris; Sgt. Magnuson; Sgt. Amy Weathers;
Det. Aguillera; and Ofc. Beau Leland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER ROYBAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF HOLLISTER; HOLLISTER POLICE DEPARTMENT; SGT. JORGE RAMIREZ; DET. PERSHALL; OFC. CARLOS RODRIGUEZ; OFC. RUDY RODRIGUEZ; OFC. MORRIS; SGT. MAGNUSON; SGT. AMY WEATHERS; DET. AGUILLERA; OFC. BEAU LELAND; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 11-2698 EJD (PSG)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 6-1(a)<br><br>Service of Complaint Waived by City of Hollister: July 25, 2011<br><br>Current Response Due: September 6, 2011<br><br>New Response Date: October 18, 2011 |

　　　　Defendant CITY OF HOLLISTER, by and through its counsel, and Plaintiff JENNIFER ROYBAL, by and through her counsel, hereby stipulate to extend the deadline for Defendant's response to Plaintiff's complaint to October 18, 2011. This extension does not alter the date of any event or any deadline already fixed by Court order.

1     IT IS SO STIPULATED.

Dated:  September 6, 2011

                                      LAW OFFICES OF CHARLES BOURDON
                                      A Professional Corporation

                                      By:     /s/ Charles Bourdon
                                           CHARLES BOURDON
                                      Attorneys for Plaintiff JENNIFER ROYBAL

Dated:  September 6, 2011

                                      LAW OFFICES OF VINCENT P. HURLEY
                                      A Professional Corporation

                                      By:     /s/ Amanda Cohen
                                           AMANDA COHEN
                                      Attorneys for Defendant CITY OF HOLLISTER