**GRANTED**
Judge Edward J. Davila
10/31/2012

1  Vincent P. Hurley #111215
   Amanda M. Cohen #243946
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendants City of Hollister; Hollister Police Dept.;
6  Sgt. Jorge Ramirez; Det. Pershall; Ofc. Carlos Rodriguez; Ofc. Rudy Rodriguez;
   Ofc. Morris; Sgt. Arny Weathers; and Det. Aguillera
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  JENNIFER ROYBAL,                )   Case No. CV 11-2698 EJD
                                    )
13              Plaintiff,          )   STIPULATION TO ALLOW
                                    )   SPECIFIED DISCOVERY AFTER
14       vs.                        )   DISCOVERY CUTOFF
                                    )
15  CITY OF HOLLISTER; HOLLISTER    )
    POLICE DEPARTMENT; SGT. JORGE   )
16  RAMIREZ; DET. DON PERSHALL;     )
    OFC. CARLOS RODRIGUEZ; OFC.     )
17  RUDY RODRIGUEZ; OFC. ERIC       )
    MORRIS; SGT. JAMES WEATHERS;    )
18  DET. THERESA AGUILLERA; and     )
    DOES 1-10, inclusive,           )
19                                  )
                Defendants.         )
20                                  )

21

22       Pursuant to the Case Management Order, dated March 5, 2012, counsel for Plaintiff and

23  Defendants stipulate to the following extension of discovery:

24       1.   Plaintiff will have until November 15, 2012 to complete discovery relating to

25  depositions of Hollister Police employees.

26       2.   Defense counsel will be provided the opportunity to notice and complete the

27  deposition of Dr. Jeffrey Weiner, Plaintiff's psychiatrist.

28

                                          1

Stipulation on Discovery                                    Case No. CV 11-2698 EJD

1  3.  Defense counsel will have the opportunity to subpoena all medical records and billing records of Dr. Weiner, all medical records and billing records of Dr. Kraut since May 14, 2010, and all medical records of Plaintiff from Mills-Peninsula Hospital.

4.  The Plaintiff will produce all financial records of Seal Rock Inc. and any other income or financial records that she claims support her lost earnings, including income statements and P&Ls for five years before the incident, and up to the present.

IT IS SO STIPULATED.

Dated: October 29, 2012

LAW OFFICES OF CHARLES F. BOURDON

_____
CHARLES F. BOURDON
Attorneys for Plaintiff Jennifer Roybal

Dated: October 29, 2012

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By: _____/s/_____
AMANDA COHEN
Attorney for Defendants City of Hollister; Hollister Police Dept.;Sgt. Jorge Ramirez; Det. Pershall; Ofc. Carlos Rodriguez; Ofc. Rudy Rodriguez; Ofc. Morris; Sgt. Arny Weathers; and Det. Aguillera