CHARLES F. BOURDON, SBN: 84782
RUTH M. EDELSTEIN, SBN: 83343
LAW OFFICES OF CHARLES F. BOURDON
179 - 11th Street, 2nd Floor
San Francisco, California 94103
Telephone: (415) 864-5100
Facsimile: (415) 865-0376

Attorneys for Plaintiff, Jennifer Roybal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER ROYBAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HOLLISTER,<br>HOLLISTER POLICE DEPARTMENT,<br>SERGEANT JORGE RAMIREZ,<br>DETECTIVE PERSHALL,<br>OFFICER CARLOS RODRIGUEZ,<br>OFFICER RUDY RODRIGUEZ,<br>OFFICER MORRIS,<br>SERGEANT MAGNUSON,<br>SERGEANT ARNY WEATHERS,<br>DETECTIVE AGUILLERA,<br>OFFICER BEAU LELAND,<br>DOES 1-10,<br><br>    Defendants. | Case No.CV11-2698 EJD<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, EDWARD J. DAVILA:

Plaintiff, Jennifer Roybal and Defendant City of Hollister, et al. submit their Stipulation of Voluntary Dismissal, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as follows:

1. Jennifer Roybal filed the instant civil action on June 3, 2011 pursuant to The Civil

---

1

COMPLAINT FOR VIOLATION OF 42 U.S.C.A. '1983 AND DEMAND FOR JURY TRIAL

Rights Act of 1964, 42 USC Section 1983. Defendants thereafter filed a timely Answer.

2. In light of recent developments, Plaintiff has determined not to pursue this action against Defendants, and each of them.

3. A Stipulated Release of All Claims has been executed and signed by all parties and their counsel. The Mutual Settlement Agreement and Release of All Claims, attached hereto as **Exhibit A**, represents the agreement of the parties to dismiss the action.

4. Each party agrees to bear responsibility for her, his, or its own costs and attorneys' fees associated with this litigation

5. As part of this Stipulation of Voluntary Dismissal, Plaintiff releases Defendants, and each of them, from all claims arising from the search of her home on May 14, 2010. All Defendants release Plaintiff from all claims arising as a result of this litigation.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated: December 12, 2012

Respectfully submitted,

LAW OFFICES OF CHARLES F. BOURDON

Charles F. Bourdon,
Attorneys for Plaintiff, Jennifer Roybal

Dated: December 21 2012

Amanda Cohen
Law Offices of Vincent P. Hurley
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The Clerk shall close this file.

Dated: 1/7/2013

Edward J. Davila
United State District Court Judge